UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **HALEHAY PLANTING CO., ET AL.** | **CIVIL ACTION NO. 19-0187** |
| vs. | **JUDGE TERRY A. DOUGHTY** |
| **DAVID T. DODSON JR., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned cause is hereby remanded to the 6th Judicial District Court for the Parish of Madison, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the 6th Judicial District Court for the Parish of Madison, State of Louisiana.

MONROE, LOUISIANA, this 3rd day of April, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE